■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [828 NYS2d 227]—Motion for reargument denied. Present—Hurlbutt, J.P., Smith, Centra and Green, JJ.

■ In the Matter of CITY OF UTICA, Petitioner, v TOWN OF FRANKFORT et al., Respondents, and TRUSTEES OF MASONIC HALL AND ASYLUM FUND, Doing Business as MASONIC CARE COMMUNITY, Intervenors-Respondents. [827 NYS2d 897]—Motions for reargument or, in the alternative, leave to appeal to the Court of Appeals denied; cross motion granted to the extent that the requirement of a special election for approval of the proposed annexation is hereby dispensed with (*see City of Jamestown v Town of Ellicott*, 185 AD2d 627, 628 [1992]), and cross motion otherwise denied. Present—Scudder, P.J., Martoche, Smith and Pine, JJ.

■ In the Matter of the FORECLOSURE OF TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF REAL PROPERTY TAX LAW BY COUNTY OF HERKIMER, Respondent. TERRY R. JONES, Appellant, et al., Respondent. [827 NYS2d 896]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith and Pine, JJ.

■ DAVID MILLS, Appellant, v RAYCOM MEDIA, INC., et al., Respondents. [828 NYS2d 226]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Martoche and Green, JJ.

■ In the Matter of COURTNEY L.P. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANDREW S.P., Appellant. [828 NYS2d 226]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Gorski, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM D. ARMSTRONG, Appellant. [827 NYS2d 899]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Joseph S. Forma, J.—Burglary, 2nd Degree). Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.